USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUANE PENFOLD,

Plaintiffs,

-v-

PRIME EXECUTIONS INC. d/b/a FREEDOM CAPITAL MARKETS, and FREEDOM HOLDING CORPORATION,

Defendants.

26-mc-00461 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The motion to file the complaint under seal is denied without prejudice to a renewed motion limited to material in the following paragraphs of the complaint: paragraphs 3, 42–69, and 91–93.

The Clerk of Court is respectfully directed to close Dkt. No. 4.

SO ORDERED.

Dated: September 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge