USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUANE PENFOLD,

Plaintiffs,

-v-

PRIME EXECUTIONS INC. d/b/a FREEDOM CAPITAL MARKETS, and FREEDOM HOLDING CORPORATION,

Defendants.

26-mc-00461 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The motion to file the Complaint partially under seal is GRANTED. Absent any further order of the Court, any party seeking continued sealing of the Complaint shall file a motion no later than 14 days after the date on which Prime Executions Inc. is served. A date for a hearing on the motion is subject to the discretion of the assigned judge. Plaintiff is to serve a copy of this order on all Defendants.

The Clerk of Court is respectfully directed to close Dkt. No. 6.

SO ORDERED.

Dated: October 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge